IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY R. WILLIAMS                                                                                          PLAINTIFF

v.                                      Case No. 1:12-cv-00078 KGB-BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                      DEFENDANT

## ORDER

Before the Court is defendant Michael J. Astrue's, Commissioner of the Social Security Administration, motion to remand (Dkt. No. 6). Plaintiff Gary R. Williams has not responded to the motion, and the time to do so has passed. For good cause shown, defendant's motion is GRANTED. This case is remanded under sentence six of 42 U.S.C. § 405(g), for further administrative action.

IT IS SO ORDERED this 29 day of November, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE