IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY R. WILLIAMS                                                   PLAINTIFF

v.                     Case No. 1:12-cv-00078 KGB-BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                     DEFENDANT

## JUDGMENT

This case is remanded under sentence six of 42 U.S.C. § 405(g) for further administrative action.

SO ADJUDGED this 29 day of November, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE