**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**GARY R. WILLIAMS**                                                                        **PLAINTIFF**

**v.**                                        **Case No. 1:12CV00078 KGB/BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                                           **DEFENDANT**

**ORDER**

The Court has reviewed the Recommended Disposition received from Magistrate Judge

Beth Deere (Dkt. No. 11).   No objections have been filed.   The Recommended Disposition is

adopted in its entirety as this Court's findings.   Accordingly, the motion for attorney's fees is

denied (Dkt. No. 9).

SO ORDERED this 16th day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE