**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GARY R. WILLIAMS**                                                            **PLAINTIFF**

v.                        **Case No. 1:12-cv-00078 KGB**

**CAROLYN W. COLVIN, Commissioner,**
Social Security Administration                                     **DEFENDANT**

## ORDER

Before the Court is plaintiff Gary R. Williams's counsel's motion for attorney's fees pursuant to 42 U.S.C. § 406(b) (Dkt. No. 13).  By prior show-cause Order, the Court directed Mr. Williams's counsel to inform the Court of the total amount of past-due benefits awarded to him or to show cause as to why the percentage requirement of § 406(b)(1)(A) has otherwise been satisfied by the pending fee petition.  The Court also directed Mr. Williams's counsel to inform the Court whether his pending fee request includes any time spent to obtain a fee payable from his client's past-due benefits or to show cause as to why this requirement is otherwise satisfied.  The Court gave Mr. Williams's counsel 14 days from the date of the prior show-cause Order to take these actions.  Mr. Williams's counsel has not done so, and the time for doing so has passed.  Accordingly, Mr. Williams's counsel's motion for attorney's fees is denied.

SO ORDERED this the 31st day of July, 2014.

_____
Kristine G. Baker
United States District Judge